**67618.206825 / Feliciano, Mr. Roberto**

## SETTLEMENT MEMORANDUM

### RECOVERY:

| | | |
|---|---|---:|
| RECOVERY | Erie Indemnity Company | $ 13,500.00 |
| | | $ 13,500.00 |

### ATTORNEY FEES:

| | |
|---|---:|
| Metzger Wickersham | $ 4,500.00 |

### CLIENT'S GROSS AMOUNT: $9,000.00

### CLIENT'S EXPENSES INCURRED FOR REPRESENTATION:

| | |
|---|---:|
| Reading City Police Department; Requesting Police Crash Report | $ 15.00 |
| City of Reading EMS; Prepay: Medical Records | $ 35.00 |
| Macintyre, Ms. Barbara; med rec - OSS Health | $ 45.72 |
| Drayer Physical Therapy - York; Payment:Medical Records | $ 25.00 |
| Family Health Associates; Prepay:Medical Records and Bills | $ 94.29 |
| Cardmember Service; PMT:Healthport Med Rec Reading Hospital and Medica | $ 74.49 |
| Cardmember Service; PP:MRO Med Rec Wellspan Interventional Pain | $ 74.55 |
| Cardmember Service; PMT:Healthport Medical Bills Rite Aid | $ 29.53 |
| Cardmember Service; PrePay:MRO Medical Records York Hospital | $ 74.55 |
| Cardmember Service; PP:MRO Medical Bills Apple Hill Imaging | $ 32.28 |
| Berks County Prothonotary; Fee to file Writ | $ 198.00 |
| Berks County Sheriff; Fee to serve Writ | $ 100.00 |
| Refund - Berks County Sheriff | $ -31.60 |
| Pilger, Ms. Melanie L.; Notary Fee - Release | $ 5.00 |
| Cardmember Service; Fee to e-file Discontinuance | $ 8.00 |
| Escrow for Future Costs | $ 25.00 |
| Metzger Wickersham; Fax | $ 98.00 |
| Metzger Wickersham; Photocopies | $ 2.16 |
| Metzger Wickersham; Postage | $ 32.40 |
| Metzger Wickersham; Telephone Charge | $ 10.00 |

| | |
|---|---:|
| **Total Costs Incurred:** | $ 947.37 |

**67618.206825 / Feliciano, Mr. Roberto**

**LIENS / MEDICALS:**

    MSPRC - NGHP                                                        $ 513.75

    Total Liens / Medicals:                                    $ 513.75

**MONIES PREVIOUSLY PAID TO CLIENT / LEGAL FUNDING COMPANIES:**

    Total Monies Previously Paid to Client / Legal Funding Companies:

**Net Amount Due Client:**                                                 **$ 7,538.88**

I hereby approve the above settlement and distribution of proceeds. Metzger Wickersham will pay out of the recovery the medical bills and liens listed above. I acknowledge that any further medical bills or liens not reflected in this Settlement Memorandum are solely my responsibility to pay. I also acknowledge my obligations to pay back any child support owed out of the distribution before any other liens or funds are distributed to me.

_____                 _____

Date                                                                        Roberto Feliciano