# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ROBERTO FELICIANO and | ) | |
| POLITA FELICIANO, | ) | |
| | ) | CASE NO.: 1:15-bk-04694-MDF |
| Debtors | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| BMW BANK OF NORTH AMERICA, | ) | |
| | ) | **Nature of Proceeding:** |
| Movant | ) | Motion for Relief from |
| vs. | ) | Automatic Stay |
| | ) | |
| ROBERTO FELICIANO and | ) | |
| POLITA FELICIANO, | ) | |
| | ) | |
| Respondents | ) | |
| and | ) | |
| CHARLES J. DeHART, III | ) | |
| Trustee | ) | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

____ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

_X_ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

      _X_ Thirty (30) days.

      ____ Forty-five (45) days.

      ____ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: February 16, 2017                               /s/ Jason Brett Schwartz
                                                    Jason Brett Schwartz, Esquire
                                                    Attorney for BMW Bank of North America