IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

ROBERTO FELICIANO
POLITA FELICIANO,

  Debtor(s)

BMW BANK OF NORTH AMERICA,

  Movant(s)
 vs.
ROBERTO FELICIANO
POLITA FELICIANO and
CHARLES J. DEHART, III, ESQUIRE
(TRUSTEE),

  Respondent(s)

Chapter: 13

Case Number: 1:15-bk-04694

Document No.: 35

Nature of Proceeding: **Motion for Relief from Automatic Stay**

## ORDER

 Upon consideration of Request to Remove from the Hearing List filed by the parties indicating that a settlement has been reached and a stipulation will be filed, it is hereby

 ORDERED, if a stipulation or a request to relist matter for hearing is not filed by March 18, 2017, the Court may deny this Motion without further notice.

 FURTHER ORDERED that the hearing previously scheduled on the Motion for Relief from Automatic Stay for February 21, 2017, is hereby CANCELLED.

By the Court,

*Mary D. France*
Bankruptcy Judge
(JG)

Date: February 23, 2017